# GERALD J. DI CHIARA
## ATTORNEY AT LAW

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

(212) 679-1958
FAX NO. (646) 307-6984

LAURA DI CHIARA, ESQ.

MEMO ENDORSED

August 12, 2020

Honorable Katherine Polk Failla
Unite States District Judge
United States District Court
Southern District of New York
40 Centre Street
New York, N.Y. 10007

Re: *U.S. v. Pablo Chevere*
15 Cr 608 (KPF)

Dear Judge Failla,

It is respectfully requested that the release conditions for Mr. Chevere be modified to remove curfew and location monitoring (ankle bracelet). All other conditions will remain the same. Mr. Chevere has had these conditions for almost 2 years without incident.

Pre-Trial Services, Josh Rothman and Jeff Reber, consent to this request, as does the U.S. Attorney's Office, AUSAs Jason Swergold and Jessica Lonergan.

Respectfully,

/s/Gerald J. Di Chiara

Application GRANTED. Defendant's bail conditions are hereby modified such that they no longer require curfew and location monitoring via ankle bracelet. All other conditions remain the same.

Dated:   August 19, 2020          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE