Gerald J. Di Chiara, Esq.

Attorney at Law
585 Stewart Avenue, L-16
Garden City, N.Y. 11530
(212)679-1958

Laura Di Chiara, Esq.

July 7, 2021

Honorable Judge Katherine Polk Failla
U.S. District Court
Southern District of New York
40 Centre Street
New York, New York 10007



Re: U.S. v. Pablo Chevere
15 Cr 608(KPF)

Dear Judge Failla,

    We hereby request Modification of the Bail Conditions of Pablo Chevere to include the Western District of Pennsylvania. Mr. Chevere's current bail conditions restrict him to the Eastern and Middle Districts of Pennsylvania. This request is made to enable Mr. Chevere to accept new employment, with Premier Work Force, where he will be stocking shelves, affording him greater earnings than his current employment.

    My office has contacted and obtained the consent of his pre-trial services officer Jeffrey Reber, in Pennsylvania, as well as pre-trial services officer Jonathan Lettieri, in the Southern District of New York. Additionally we have contacted AUSA Jason Swergold and the government has no objection to this application.

Sincerely,

/s/ Gerald J. Di Chiara

So Ordered: *Katherine Polk Failla*
Judge Katherine Polk Failla

Dated: July 7, 2021
New York, New York